JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PASILLAS, an individual,<br><br>           Plaintiff,<br>vs.<br><br>PARSEC, INC.; PARSEC, INC. "WHICH WILL DO BUSINESS IN CALIFORNIA AS OHIO PARSEC, INC."; and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No.: CV 12-10573-GW(PLAx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   November 1, 2012<br>Trial Date:           November 5, 2013 |

## **ORDER**

For good cause appearing, the Court orders that:

1. The above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party shall bear his/its own attorney's fees and costs with respect to the dismissal of the above-captioned action.

Dated: June 5, 2013_____           _____
                                                               HON. GEORGE H. WU
                                                               UNITED STATES DISTRICT JUDGE

4820-5731-5859, v. 1

**Error! Unknown document property name.**