JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PASILLAS, an individual, | Case No.: CV 12-10573-GW(PLAx) |
| Plaintiff, | **ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PARSEC, INC.; PARSEC, INC. "WHICH WILL DO BUSINESS IN CALIFORNIA AS OHIO PARSEC, INC."; and DOES 1 to 100, inclusive, | Complaint Filed: November 1, 2012<br>Trial Date: November 5, 2013 |
| Defendants. | |

## ORDER

For good cause appearing, the Court orders that:

1. The above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party shall bear his/its own attorney's fees and costs with respect to the dismissal of the above-captioned action.

Dated: June 5, 2013_____    _____
                               HON. GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE

4820-5731-5859, v. 1